K. Randolph Moore, Esq. SBN 106933
Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Alma Clarisa Hernandez

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SIZZLER USA RESTAURANTS, INC.,<br><br>　　　　Defendants. | No.  5:10-cv-01303-PVT<br><br>**STIPULATION FOR DISMISSAL OF ACTION**<br><br>Complaint filed:  March 26, 2010 |

　　　　Plaintiff ALMA CLARIS HERNANDEZ, through her attorney, K. Randolph Moore, Moore Law Firm, P.C., San Jose, California, and Defendants SIZZLER USA RESTAURANTS, INC. aka SIZZLER USA, INC. dba SIZZLER #0574 and THE MARC W. BUZOLICH hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: May 18, 2010                    /s/K. Randolph Moore
　　　　　　　　　　　　　　　　　　　K. Randolph Moore
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

*Hernandez v. Sizzler USA Restaurants, Inc. et al.*

**STIPULATION FOR DISMISSAL; ORDER**

1  Date: May 18, 2010

2
3                              /s/ Damon Willens
                               Attorney for Defendants
4                              SIZZLER USA RESTAURANTS, INC. aka
                               SIZZLER USA, INC. dba SIZZLER #0574 and
5                              THE MARC W. BUZOLICH

6

7                                 **ORDER**
8

9  THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT
   the above-captioned action be dismissed with prejudice.
10

11 **IT IS SO ORDERED.**

12 Dated:  5/19/2010         _____
13                           Patricia V. Trumbull
                             United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Hernandez v. Sizzler USA Restaurants, Inc. et al.*

**STIPULATION FOR DISMISSAL; ORDER**

Page 2